IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CIVIL NO: 3:24-CV-00192-MPM-RP |
| TRAVIS TAYLOR | DEFENDANT |

**DEFAULT JUDGMENT**

The Defendant, Travis Taylor, having failed to appear, plead or otherwise defend in this action, and default having been entered on September 23, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Travis Taylor, in the amount of $46,827.53, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $405.00 to the Clerk of Court and a separate service of process fee to the United States Marshals Service in the amount of $146.75.

This the 7th day of October, 2024.

s/ David Crews

Clerk of Court by LGM